NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

RONNIE TREY ATMORE,                  )
                                     )
            Appellant,               )
                                     )
v.                                   )          Case No. 2D17-3686
                                     )
STATE OF FLORIDA,                    )
                                     )
            Appellee.                )
_____)

Opinion filed February 21, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Polk County; Neil A. Roddenbery,
Judge.

PER CURIAM.

       Affirmed.  See §§ 775.082(9)(a)(3)(d), .084(4)(a)(3), Fla. Stat. (2014);

Martin v. State, 888 So. 2d 661 (Fla. 2d DCA 2004).

KHOUZAM, BLACK, and ROTHSTEIN-YOUAKIM, JJ., Concur.